UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO.: 1:07-CR-8-SPM

CARLOS STUCKEY,

    Defendant.

_____/

## ORDER GRANTING MOTION TO CONTINUE SENTENCING

**THIS CAUSE** comes before the Court on the "Defendant's Unopposed Motion to Continue Sentencing" (doc. 35).  The Defendant needs more time to finalize his Plea and Cooperation Agreement, and this process requires coordination with law enforcement in Orlando, Florida.  So in order to finalize his substantial assistance to the Government, the Defendant requests a sixty-day (60) continuance of his sentencing.  The Government has no objection to this motion.

Accordingly, good cause being found, it is hereby **ORDERED AND ADJUDGED** as follows:

1. Defendant's motion to continue (doc. 35) is *granted*.

2. The Defendant's trial is reset for **Monday, February 4, 2008 at 1:30 p.m.**

**SO ORDERED** this twenty-sixth day of November, 2007.

    *s/ Stephan P. Mickle*
    Stephan P. Mickle
    United States District Judge