UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.                                                    CASE NO.: 1:07-CR-8-SPM

CARLOS STUCKEY,

    Defendant.
_____/

### ORDER GRANTING MOTION TO CONTINUE SENTENCING

**THIS CAUSE** comes before the Court on the "Defendant's Unopposed Motion to Continue Sentencing" (doc. 39). The Defendant requests more time to finalize his substantial assistance. Accordingly, the Defendant requests a thirty-day (30) continuance of his sentencing. The Government has no objection to this motion.

Therefore, good cause being found, it is **ORDERED AND ADJUDGED** as follows:

1. Defendant's motion to continue (doc. 39) is *granted*.

2. The Defendant's sentencing hearing is reset for **Monday, April 7, 2008 at 1:30 p.m.**

**SO ORDERED** this twenty-sixth day of February, 2008.

          *s/ Stephan P. Mickle*
          Stephan P. Mickle
          United States District Judge