**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

UNITED STATES OF AMERICA

v.                                                    CASE NO.: 1:07-CR-8-SPM

CARLOS STUCKEY,

      Defendant.

_____/

## ORDER GRANTING MOTION TO CONTINUE SENTENCING

**THIS CAUSE** comes before the Court on the "Defendant's Unopposed

Motion to Continue Sentencing" (doc. 41).  Defendant is facing a mandatory life

sentence.  He has been cooperating with law enforcement and he now requests

more time to finalize his substantial assistance.  Accordingly, the Defendant

requests a thirty-day (30) continuance of his sentencing.  The Government has no

objection to the granting of this motion.

      Therefore, good cause being found, it is **ORDERED AND ADJUDGED** as

follows:

    1.    Defendant's motion to continue (doc. 41) is *granted*.

    2.    The Defendant's sentencing hearing is reset for **Monday, April 28, 2008**

        **at 1:30 p.m.**

    **SO ORDERED** this <u>third</u> day of April, 2008.

          *s/ Stephan P. Mickle*
          Stephan P. Mickle
          United States District Judge