**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

UNITED STATES OF AMERICA

v.                                                    CASE NO.: 1:07-CR-8-SPM

CARLOS STUCKEY,

    Defendant.
_____/

## ORDER GRANTING MOTION TO CONTINUE SENTENCING

**THIS CAUSE** comes before the Court on the "Defendant's Unopposed Motion to Continue Sentencing" (doc. 43). The Defendant requests a thirty-day (30) continuance of his sentencing. The Government has no objection to the granting of this motion.

Good cause being found, it is **ORDERED AND ADJUDGED** as follows:

1. Defendant's motion to continue (doc. 43) is *granted*.

2. The Defendant's sentencing hearing is reset for **Monday, June 2, 2008 at 1:30 p.m.**

**SO ORDERED** this twenty-fourth day of April, 2008.

                                        *s/ Stephan P. Mickle*
                                        Stephan P. Mickle
                                        United States District Judge