**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**GAINESVILLE DIVISION**

UNITED STATES OF AMERICA

v.                                    CASE NO.: 1:07-CR-8-SPM

CARLOS STUCKEY,

    Defendant.
_____/

### ORDER GRANTING MOTION TO CONTINUE SENTENCING

**THIS CAUSE** comes before the Court on the "Defendant's Unopposed Motion to Continue Sentencing" (doc. 45).  The Defendant requests a forty-five (45) continuance of his sentencing.  The Government has no objection to the granting of this motion.

Good cause being found, it is **ORDERED AND ADJUDGED** as follows:

1.    Defendant's motion to continue (doc. 45) is *granted*.

2.    The Defendant's sentencing hearing is reset for **Monday, August 4, 2008 at 1:30 p.m.**

**SO ORDERED** this <u>thirtieth</u> day of May, 2008.

        *s/ Stephan P. Mickle*
        Stephan P. Mickle
        United States District Judge