**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**GAINESVILLE DIVISION**

UNITED STATES OF AMERICA

v.  CASE NO.: 1:07-CR-8-SPM

CARLOS STUCKEY,

    Defendant.
_____/

## ORDER GRANTING MOTION TO CONTINUE SENTENCING

**THIS CAUSE** comes before the Court on the "Defendant's Unopposed Motion to Continue Sentencing" (doc. 47). The Defendant requests a forty-five day (45) continuance of his sentencing. The Government has no objection to the granting of this motion.

Good cause being found, it is **ORDERED AND ADJUDGED** as follows:

1. The Defendant's motion to continue (doc. 47) is *granted*.

2. The Defendant's sentencing hearing is reset for **Monday, October 6, 2008 at 1:30 p.m.**

**SO ORDERED** this twenty-eighth day of July, 2008.

    *s/ Stephan P. Mickle*
    Stephan P. Mickle
    United States District Judge