IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 1:07-cr-00008-SPM -GRJ

CARLOS STUCKEY,

_____/

**O R D E R**

This case is before the Court on Defendant's Motion To Vacate, Set Aside, Or Correct Sentence pursuant to 28 U.S.C. § 2255 (Doc. 77). Pursuant to the Rules Governing § 2255 proceedings, the Government will be required to file an answer or other response. Upon receipt of the Government's arguments and Defendant's response, if any, the Court will review the file to determine whether an evidentiary hearing is required. If an evidentiary hearing is not required, the Court will dispose of the motion as justice requires pursuant to § 2255 Rule 8(a).

Accordingly, it is **ORDERED:**

1. The Clerk shall furnish by certified mail, return receipt requested, a copy of this Order and the motion to vacate to the United States Attorney for this district, who shall file an answer or other appropriate pleading no later than **February 21, 2011.**

2. If review of the PSR is necessary, the Probation Office shall allow counsel for the Government to review the PSR upon request.

3. Defendant shall have until **March 30, 2011**, to file a response, if desired.

**DONE AND ORDERED** this 21st day of December 2010.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge