IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

v.                                           1:07cr8-WS/GRJ

CARLOS STUCKEY,                    1:10cv251-WS/GRJ

      Defendant.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (doc. 93) docketed October 10, 2013.  The magistrate judge recommends that the defendant's motion to vacate, set aside, or correct sentence (doc. 77) be denied.  The defendant has filed no objections to the report and recommendation.

Upon review of the record, this court has determined that the magistrate judge's report and recommendation should be adopted.

Accordingly, it is ORDERED:

1.  The magistrate judge's report and recommendation (doc. 93) is hereby ADOPTED and incorporated by reference into this order.

2.  The defendant's motion to vacate, set aside, or correct sentence (doc. 77) is hereby DENIED.

3.  A certificate of appealability is DENIED.

4.  The clerk shall close Case No. 1:10cv251-WS/GRJ

DONE AND ORDERED this ____19th____ day of ____November____, 2013.


s/ William Stafford_____
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE